UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:13-CV-884-ORL-36DAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGER M. WERNOW,

    Defendant.
_____

## RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND/OR MORE DEFINITE STATEMENT

Plaintiff, UNITED STATES OF AMERICA ("USA"), by and through its undersigned counsel files this Response to Defendant's Motion to Dismiss and/or for More Definite Statement ("MOTION") [DE #6] and states:

### INTRODUCTION

1. This action is brought by the United States on behalf of the Department of Education to recover delinquent monies owed on a defaulted student loan previously issued to the Defendant, as described fully in the Complaint. [DE #1]

2. Defendant filed a Motion to Dismiss claiming Plaintiff failed to state sufficient facts necessary to substantiate the pending lawsuit.

3. Specifically, Defendant claims that "the Complaint is void of any allegations which would support a cognizable cause of action against Mr. Wernow." [DE #6, 1]

4. None of Defendant's arguments have merit as indicated in the memorandum and authorities below.

## ARGUMENT AND INCORPORATED MEMORANDUM OF LAW

### The Complaint Properly Complies with Rule 8 of the Fed. R. Civ. P.

It is a general principle of law that the rule relating to pleading claims for relief is to be liberal construed. *Hanson v. Hunt Oil Co.*, 398 F.2d 578, 581 (8th Cir. 1968)(this rule requiring that claim be a plain and short statement showing that pleader is entitled to relief is to be liberally construed). In addition, complaints are construed favorably to their drafters, as the initial complaint need not contain long and drawn-out allegations to be deemed sufficient. See *Hrubec v. National R.R. Passenger Corp.* 981 F.2d 962 (7th Cir. 1992)(under system of notice pleading, complaint need not narrate all relevant facts or recite law; all it has to do is set out claim for relief). Finally, Courts must also consider all allegations and statements contained within the complaints exhibits when determining whether or not Rule 8 has been properly complied with. *International Schools Services, Inc. v. AAUG Ins. Co., Ltd.*, 2012 WL 5192265 (S.D.Fla.,2012)(to decide a motion to dismiss, courts generally consider only the allegations contained in the complaint, exhibits attached to the complaint and matters of public record.).

Rule 8(a), Fed.R.Civ.P. states, in relevant part, that a pleading that states a claim for relief must contain:

> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

In the current action, Plaintiff's Complaint specifically states that a debt is owed to the United States in the amount of $7,730.31. Plaintiff also states that the Defendant has failed to repay the indebted amount as of the date of the filing of the action. Finally, Plaintiff's Exhibit "A," which is incorporated into the allegations of the Complaint, specifically details the loan

figures, the type of loan provided and its purpose, and when the default occurred. Plaintiff is not required to produce the original promissory note as same is not a negotiable instrument. See, for example, *United States v. Carter*, 506 F. App'x 853 (11th Cir. 2013).

Therefore, Plaintiff has properly met its pleading burden pursuant to Fed. R. Civ. P. 8(a)(2), and Defendant's Motion to Dismiss must be denied.

WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's Motion to Dismiss.

Dated: July 25, 2013

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to Roger M. Wernow, 505 Miramar Avenue, Indialantic, FL 32903.. A true and correct copy of the above Motion was also mailed to the Defendant, Roger M. Wernow, 505 Miramar Avenue, Indialantic, FL 32903.

BECKER & POLIAKOFF, P.A.
Attorneys for Plaintiff
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232

By: _____
Steven M. Davis, (Florida Bar No: 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States of America