**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                      Case No.:6:13-cv-00884-CEH-DAB

**ROGER M. WERNOW,**

    **Defendant.**
_____/

## ANSWER

Defendant, Roger M. Wernow, an individual ("Mr. Wernow"), by and through his undersigned attorney, files this his Answer to the Complaint [DE 1] filed herein by Plaintiff, United States of America ("United States"), and:

    1.    States that no answer or response is required as to Paragraph 1 of the Complaint as said paragraph constitutes a jurisdictional statement by the United States.

    2.    Admits the allegations of Paragraph 2 of the Complaint.

    3.    Denies the allegations of Paragraph 3 of the Complaint and would demand strict proof thereof.

    4.    Denies the allegations of Paragraph 4 of the Complaint and would demand strict proof thereof.

    5.    Denies each and every other allegation contained in the Complaint not herein admitted, controverted or specifically denied.

## AFFIRMATIVE DEFENSES

### *General Allegations*

6. In the early 1990s, Mr. Wernow signed for a student loan ("Student Loan") for his now 40 year-old son to attend Florida Institute of Technology in Melbourne, Florida.

7. Some time in the mid-1990s, Mr. Wernow paid the Student Loan.

### FIRST AFFIRMATIVE DEFENSE

8. Mr. Wernow realleges and reaffirms the allegations contained in Paragraphs 6 and 7 above as if set forth hereat in full.

9. Mr. Wernow has paid and satisfied the Student Loan.

### SECOND AFFIRMATIVE DEFENSE

10. Mr. Wernow realleges and reaffirms the allegations contained in Paragraphs 6 and 7 above as if set forth hereat in full.

11. The United States is barred from presenting any claim herein pursuant to the doctrine of laches.

WHEREFORE, Defendant, Roger M. Wernow, an individual, respectfully moves this Court to enter judgment in his favor against Plaintiff, United States of America, and for attorney's fees and costs pursuant to Florida Statute §57.105(7).

/s/ Robert W. Murphy
ROBERT  W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telecopier
Counsel for Defendant
rphyu@aol.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 9, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Steven M. Davis, Becker & Poliakoff, P.A., 121 Alhambra Plaza, 10th Floor, Coral Gables, FL 33134, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

                                                /s/  Robert W. Murphy
                                                ROBERT W. MURPHY