**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                                      Case No: 6:13-cv-884-Orl-36DAB

**ROGER M. WERNOW,**

      Defendant.

_____

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on July 26, 2013 (Doc. 9). In the Report and Recommendation, the Magistrate Judge recommends that Defendant Roger M. Wernow's Motion to Dismiss and/or for More Definite Statement ("Motion to Dismiss") (Doc. 6) be denied. *See* Doc. 9. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Government has adequately pled a cause of action for breach of a promissory note, and that a copy of the note is not required to be attached to the Complaint. *See id*. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 9) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant Roger M. Wernow's Motion to Dismiss and/or for More Definite Statement (Doc. 6) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on August 13, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge David A. Baker